UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTINE MCMICHAEL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
|     Defendant. | ) | No. 7:09-CV-84-WW |
| | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge William A. Webb for consideration of the parties' cross Motions for Judgment on the Pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings is DENIED, Defendant's Motion for Judgment on the Pleadings is GRANTED, and the final decision by Defendant is AFFIRMED.

**This judgment filed and entered on July 6, 2010, and served on:**

Daniel R. Lauffer (via CM/ECF Notice of Electronic Filing)
R. A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)

July 6, 2010                /s/ Dennis P. Iavarone
                                    Clerk of Court